IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**AURELIUS EDMONDS,**

    Movant,

v.

    Case No.  2:25-cv-00554
    Case No.  2:18-cr-00225-1

**UNITED STATES OF AMERICA,**

    Respondent.

### ORDER

Pending before the Court is a Motion filed under Section 2255, seeking to vacate, set aside or correct a conviction or sentence. (ECF No. 1167). The United States is hereby **ORDERED** to answer said motion within **sixty (60) days** of the entry of this Order in accordance with Rule 5, Rules Governing § 2255 Proceedings in the United States District Court. The United States shall include with its Answer all records that would facilitate determination of the issues raised in the Motion. If Movant's claims involve plea or sentencing issues, the United States is **ORDERED** to file the plea hearing and/or sentencing hearing transcripts. Movant may, if he wishes, file a reply to the answer of the United States within **sixty (60) days** after service of the answer by the United States.

Movant shall, if he files any further documents in this case, mail copies of such documents to the United States Attorney for the Southern District of West Virginia, 300 Virginia Street, East, Room 4000, Charleston, West Virginia 25301, with a certificate of service attached. **Movant is also responsible for notifying the Clerk of Court of any change in his address or other contact information.**

The Clerk is instructed to provide a copy of this Order to Movant and to the United States Attorney for the Southern District of West Virginia.

**ENTERED:** October 28, 2025

Joseph K. Reeder
United States Magistrate Judge